NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TS PATENTS LLC,**
*Plaintiff-Appellant*

**v.**

**YAHOO! INC.,**
*Defendant-Appellee*

---

2017-2625

---

Appeal from the United States District Court for the Northern District of California in No. 5:17-cv-01721-LHK, Judge Lucy H. Koh.

---

**JUDGMENT**

---

J. JAMES LI, LiLaw, Inc., Los Altos, CA, argued for plaintiff-appellant.

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for defendant-appellee. Also represented by COREY RAY HOUMAND, WALTER SCOTT TESTER, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LINN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 17, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |